# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.**   2/20/2025

Hon. Vernon S. Broderick
United States District Court
U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Teague, et al
25 Cr. 40 (VSB)

Dear Judge Broderick:

I am the assigned CJA counsel for defendant **Summer Caster**, in the above referenced case. I write today to respectfully request authorization for the expenditure of CJA funds to retain the services of Clara S. Kalhous, Esq. as associate counsel to assist me in defending Ms. Caster. Attorney Kalhous has assisted several S.D.N.Y. CJA counsels, including me on many occasions ( including before this Court), as a CJA associate counsel. Her assistance is always first rate. Ms. Kalhous is experienced and adept at reviewing digital discovery, preparing legal memoranda, preparing for and assisting at trial and appellate practice. She would be an invaluable addition to Ms. Caster's defense.

Should Your Honor be inclined to grant this application it is respectfully requested that Ms. Kalhous be approved at the rate of $125.00 per hour for an initial period of 40 hours with leave to request additional funding should the need arise. Of course, every effort will be made to avoid duplication of the work load.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: Clara Kalhous, Esq.